| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** | Nancy Jean Kiley |
| **Debtor 2** (Spouse, if filing) | |
| **United States Bankruptcy Court for the:** | Eastern District of Michigan (State) |
| **Case number** 18-21998-dob | |

Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the FW Series I Trust

**Court claim no.** (if known): 7-1

**Date of payment change:** April 1, 2022
Must be at least 21 days after date of this notice

**Last four digits** of any number you use to identify the debtor's account: 9460

**New total payment:** $533.34
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $279.95    **New escrow payment:** $233.85

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

**Current Interest Rate:**    **New interest rate:**

**Current principal and interest payment:**    **New principal and interest payment:**

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

Reason for change:

**Current mortgage payment:**    **New mortgage payment:**

| Debtor 1 | Nancy | Jean | Kiley | Case Number (if known) | 18-21998-dob |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves      Date 02/16/2022
Signature

Print: Michelle R. Ghidotti-Gonsalves    Title  Bankruptcy Attorney
       First name  Middle Name  Last name

Company   GHIDOTTI | BERGER LLP

Address   1920 Old Tustin Avenue
          Number    Street

          Santa Ana, CA 92705
          City       State    Zip Code

Contact phone  (949) 427-2010    Email:  bknotifications@ghidottiberger.com


**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

NANCY J KILEY
915 S CENTER RD
SAGINAW MI  48638

Analysis Date: February 02, 2022                                                                                                  Final
Property Address: 915 SOUTH CENTER ROAD  SAGINAW, MI 48638                                                                        Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from May 2021 to Mar 2022.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 299.49 | 299.49 |
| Escrow Payment: | 279.95 | 233.85 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $579.44 | $533.34 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jan 01, 2022 |
| Escrow Balance: | 692.03 |
| Anticipated Pmts to Escrow: | 839.85 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,531.88 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 482.40 | 147.45 |
| May 2021 | 241.20 | 279.95 | | | * | | 723.60 | 427.40 |
| Jun 2021 | 241.20 | 279.95 | | | * | | 964.80 | 707.35 |
| Jul 2021 | 241.20 | 279.95 | | | * | | 1,206.00 | 987.30 |
| Aug 2021 | 241.20 | 279.95 | | | * | | 1,447.20 | 1,267.25 |
| Aug 2021 | | | | 894.18 | * | City/Town Tax | 1,447.20 | 373.07 |
| Sep 2021 | 241.20 | 559.90 | 881.84 | | * | City/Town Tax | 806.56 | 932.97 |
| Oct 2021 | 241.20 | | | | * | | 1,047.76 | 932.97 |
| Oct 2021 | | 9.18 | | | * | Escrow Only Payment | 1,047.76 | 942.15 |
| Nov 2021 | 241.20 | 279.95 | | | * | | 1,288.96 | 1,222.10 |
| Dec 2021 | 241.20 | 279.95 | 780.56 | 810.02 | * | City/Town Tax | 749.60 | 692.03 |
| Jan 2022 | 241.20 | | | | * | | 990.80 | 692.03 |
| Feb 2022 | 241.20 | | | | * | | 1,232.00 | 692.03 |
| Mar 2022 | 241.20 | | | | * | | 1,473.20 | 692.03 |
| | | | | | | Anticipated Transactions | 1,473.20 | 692.03 |
| Feb 2022 | | 559.90 | | | | | | 1,251.93 |
| Mar 2022 | | 279.95 | | | | | | 1,531.88 |
| | $2,653.20 | $3,088.63 | $1,662.40 | $1,704.20 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 1,662.40. Under Federal law, your lowest monthly balance should not have exceeded 482.40 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 482.40. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,531.88 | 1,335.85 |
| Apr 2022 | 233.85 | 1,102.00 | Homeowners Policy | 663.73 | 467.70 |
| May 2022 | 233.85 | | | 897.58 | 701.55 |
| Jun 2022 | 233.85 | | | 1,131.43 | 935.40 |
| Jul 2022 | 233.85 | | | 1,365.28 | 1,169.25 |
| Aug 2022 | 233.85 | | | 1,599.13 | 1,403.10 |
| Sep 2022 | 233.85 | 894.18 | City/Town Tax | 938.80 | 742.77 |
| Oct 2022 | 233.85 | | | 1,172.65 | 976.62 |
| Nov 2022 | 233.85 | | | 1,406.50 | 1,210.47 |
| Dec 2022 | 233.85 | 810.02 | City/Town Tax | 830.33 | 634.30 |
| Jan 2023 | 233.85 | | | 1,064.18 | 868.15 |
| Feb 2023 | 233.85 | | | 1,298.03 | 1,102.00 |
| Mar 2023 | 233.85 | | | 1,531.88 | 1,335.85 |
| | $2,806.20 | $2,806.20 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 467.70. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 467.70 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,531.88. Your starting balance (escrow balance required) according to this analysis should be $1,335.85. This means you have a surplus of 196.03. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be 2,806.20. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: February 02, 2022　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Final
Borrower: NANCY J KILEY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 233.85 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $233.85 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# CERTIFICATE OF SERVICE

On February 16, 2022, I served the foregoing documents described as Amended Notice of Mortgage Payment Change on the following individuals by electronic means thorugh the Court's ECF program:

COUNSEL FOR DEBTOR
Joshua M. Reinert
ecf@mcreinert.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Michaela Rice
Michaela Rice

On February 16, 2022, I served the foregoing documents described as Amended Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Nancy Jean Kiley
915 South Center Road
Saginaw, MI 48638

CHAPTER 13 Trustee
Thomas McDonald
3144 Davenport
Saginaw, MI 48602

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Michaela Rice
Michaela Rice

1
CERTIFICATE OF SERVICE